IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DAVID TARTARIAN,**

 **Plaintiff,**   Hon. Patrick J. Duggan

v.   Magistrate J. R. Steven Whalen

**NATIONWIDE CREDIT, INC.,**   CASE NO. 2:10-CV-13244

 **Defendant.**

## ORDER OF DISMISSAL

This action is hereby dismissed with prejudice and without cost to either party.

  s/Patrick J. Duggan
  Patrick J. Duggan
  United States District Judge

Dated: March 7, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2011, by electronic and/or ordinary mail.

  s/Marilyn Orem
  Case Manager